IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAMION PAUL GOODING,

          Plaintiff,

    v.

RHONDA SHAFFER, et al.,

          Defendants.

Civil No. 2:18-cv-02080-YY

ORDER

YOU, Magistrate Judge.

On August 28, 2020, this court issued an order requiring plaintiff to file a notice of change of address within 60 days of the date of the order or show cause why this action should not be dismissed. *See* Local Rule 83-12.  Plaintiff failed to file a notice of change of address or show cause why this action should not be dismissed.

Accordingly, IT IS ORDERED that this action is dismissed, without prejudice.[1]  The court FINDS MOOT defendants' Motion for Summary Judgment (ECF No. 78)

IT IS SO ORDERED.

DATED this 28th day of October, 2020.

/s/ Youlee Yim You

Youlee Yim You
United States Magistrate Judge

---

[1] All parties have consented to allow a Magistrate Judge to enter final orders and judgment in this case in accordance with Fed. R. Civ. P. 73 and 28 U.S.C. § 636(c).

1 - ORDER